CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 19 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH ELROY VARNEY, II,<br>Plaintiff, | ) ) ) | Civil Action No. 7:16-cv-00108 |
| v. | ) ) | **ORDER** |
| NEW RIVER VALLEY REGIONAL<br>JAIL,<br>Defendant. | ) ) ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** for failing to state a claim upon which

relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from

the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Plaintiff.

ENTER: This __19th__ day of April, 2016.

_____
Senior United States District Judge